

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-3-2002

# Amerada Hess Corp v. Zurich Ins Co

Precedential or Non-Precedential:

Docket No. 99-3505

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Amerada Hess Corp v. Zurich Ins Co" (2002). *2002 Decisions.* Paper 238.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/238

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 99-3505 and 99-3512

AMERADA HESS CORPORATION;
HESS OIL VIRGIN ISLANDS CORPORATION

PAUL THOMPSON; JERAL STOKER; ESTATE OF
ERNEST ISENBERG; JAMES MCKINLEY;
REVEL CHELETTE, JR.; PATRICK BUNCH;
EDDIE BANNON,
Intervenors

v.

ZURICH INSURANCE COMPANY

PAUL THOMPSON; JERAL STOKER; ESTATE OF
ERNEST ISENBERG; JAMES MCKINLEY;
REVEL CHELETTE, JR.; PATRICK BUNCH;
EDDIE BANNON,
Appellants at No. 99-3505

AMERADA HESS CORPORATION;
HESS OIL VIRGIN ISLANDS CORPORATION,
Appellants at No. 99-3512

Appellate Division of the District Court for the
Virgin Islands, Division of St. Croix
Civil No. 97-cv-00035
District Judge:  Honorable Raymond L. Finch

Argued: May 14, 2001
BEFORE: McKEE, RENDELL and BARRY, Circuit Judges

_____

ORDER AMENDING OPINION
_____

Per the direction of the Court, IT IS HEREBY ORDERED that the not precedential opinion in the above cases, filed March 6, 2002, be amended to read as follows:

ROBERT H. SHULMAN, ESQ. (Argued)
Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

MINDY G. DAVIS, ESQ.
Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

FOR THE COURT,

_____
Clerk

DATED: April 4, 200